UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE STEINMETZ,<br><br>                      Plaintiff,<br><br>-against-<br><br>BRIDGE PATH PROPERTY GROUP, LLC, a New York Limited Liability Company and DOES 1-10, inclusive,<br><br>                      Defendants. | 23-CV-8836 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that the initial pretrial conference scheduled for **February 14, 2024** is adjourned *sine die*. IT IS FURTHER ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **January 26, 2024**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: January 3, 2024
       New York, New York

                                                    SO ORDERED.

                                                    *Jessica Clarke*

                                                    JESSICA G. L. CLARKE
                                                    United States District Judge