UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE STEINMETZ,

               Plaintiff,

-v-

BRIDGE PATH PROPERTY GROUP, LLC, a New York Limited Liability Company and DOES 1-10,

               Defendants.

23 Civ. 08836 (JGLC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On December 2, 2024, I issued a Report and Recommendation in this matter. (ECF 31.)

It is ORDERED that Plaintiff shall serve the Report and Recommendation and this Order on Defendant no later than **December 6, 2024**, and file proof of service on the docket on the same date. Service shall be made by registered mail at Defendant's principal place of business, identified in the complaint as 495 Flatbush Avenue Brooklyn, New York 11225, ECF 1, and by any email addresses used by Defendant and known to Plaintiff.

Defendant shall have fourteen days (including weekends and holidays) from service of this Order and the Report and Recommendation to file written objections pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure.

DATED:  December 3, 2024
       New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge