UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE STEINMETZ,

                Plaintiff,

-against-

BRIDGE PATH PROPERTY GROUP, LLC, a New York Limited Liability Company, and DOES 1-10,

                Defendants.

23-CV-8836 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On December 29, 2024, the Court granted Defendant until January 27, 2025 to retain counsel and file objections to the Report and Recommendation at ECF No. 31. ECF No. 35. Defendant has failed to do so. Defendant is granted a final extension to **March 14, 2025** to retain counsel and file objections to the Report and Recommendation. If Defendant fails to do so, the Court will treat the Report and Recommendation as without objection.

Plaintiff shall serve this Order on Defendant no later than **February 28, 2025**, and file proof of service on the docket on the same date. Service shall be made by registered mail at Defendant's principal place of business, identified in the complaint as 495 Flatbush Avenue Brooklyn, New York 11225, ECF No. 1, and by any email addresses used by Defendant and known to Plaintiff.

Dated: February 26, 2025
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge