UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE STEINMETZ,<br><br>         Plaintiff,<br><br>    -against-<br><br>BRIDGE PATH PROPERTY GROUP, LLC, a New York Limited Liability Company, and DOES 1-10,<br><br>         Defendants. | 23-CV-8836 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  On December 29, 2024, the Court granted Defendant until January 27, 2025 to retain counsel and file objections to the Report and Recommendation at ECF No. 31 ("R&R"). ECF No. 35. Defendant has failed to do so. On February 26, 2025, the Court granted Defendant a final extension to March 14, 2025 to retain counsel and file objections to the R&R. ECF No. 37. Defendant again failed to do so. Accordingly, the Court treats the R&R as without objection. The R&R is ADOPTED in full. The motion for default is GRANTED, and judgment is entered against Bridge Path Property Group, LLC, in favor of Plaintiff, with Plaintiff to be awarded:

1) $13,500.00 in damages against Bridge Path, consisting of a) $3,500.00 in statutory damages under the Copyright Act; b) $10,000.00 in statutory damages under the DCMA; and

2) Reasonable attorneys' fees and costs in the amount of $6,637.00.

  Claims against Defendants Doe 1 through Doe 10 are dismissed without prejudice. The Clerk of Court is directed to close the case and enter judgment consistent with this Order.

Dated: April 3, 2025
    New York, New York

                        SO ORDERED.

                        *Jessica Clarke*
                        JESSICA G. L. CLARKE
                        United States District Judge