UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GEORGE STEINMETZ,

                 Plaintiff,

-against-                                          23 **CIVIL** 8836 (JGLC)

## JUDGMENT

BRIDGE PATH PROPERTY GROUP, LLC, a
New York Limited Liability Company, and DOES
1-10,

                 Defendants.
------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated April 3, 2025, the Court granted Defendant until January 27, 2025 to retain counsel and file objections to the Report and Recommendation at ECF No. 31 ("R&R"). ECF No. 35. Defendant has failed to do so. On February 26, 2025, the Court granted Defendant a final extension to March 14, 2025 to retain counsel and file objections to the R&R. ECF No. 37. Defendant again failed to do so. Accordingly, the Court treats the R&R as without objection. The R&R is ADOPTED in full. The motion for default is GRANTED, and judgment is entered against Bridge Path Property Group, LLC, in favor of Plaintiff, with Plaintiff to be awarded: 1) $13,500.00 in damages against Bridge Path, consisting of a) $3,500.00 in statutory damages under the Copyright Act; b) $10,000.00 in statutory damages under the DCMA; and 2) Reasonable attorneys' fees and costs in the amount of $6,637.00. Claims against Defendants Doe 1 through Doe 10 are dismissed without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      April 4, 2025

                                                                              **TAMMI M HELLWIG**
                                                                               **Clerk of Court**

                                    **BY:**                *K. Mango*

                                                                               **Deputy Clerk**